UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H.A., individually and on behalf of
M.A., a child with a disability,

                              Plaintiffs,

              -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.

20 Civ. 10785 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court set the due date for production of plaintiffs' billing records for April 9, 2021. If the case has not been settled by May 17, 2021, defense counsel is directed to produce the administrative record in this case to plaintiffs' counsel by May 24, 2021. By June 1, 2021, the parties are directed to file a joint letter with a proposed briefing schedule for summary judgment motions.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 2, 2021
       New York, New York