UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

H.A., individually and on behalf of
M.A., a child with a disability,

                              Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.

20 Civ. 10785 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

The Clerk of Court is respectfully directed to enter judgment for plaintiff H.A., as the prevailing party, in the total amount of $22,866.73 in reasonable attorneys' fees and costs, consistent with the Opinion & Order at docket entry 47.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: March 21, 2022
       New York, New York