**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
H.A., individually and on behalf of M.A., a child with a disability,

                Plaintiffs,

-against-                                20 **CIVIL** 10785 (PAE)

NEW YORK CITY DEPARTMENT OF EDUCATION,

          **JUDGMENT**
       **for Attorneys' Fees and Costs**

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 21, 2022, judgment is entered for plaintiff H.A., as the prevailing party, in the total amount of $22,866.73 in reasonable attorneys' fees and costs.

**Dated:**  New York, New York

      March 22, 2022

                                      **RUBY J. KRAJICK**
                                      _____
                                        **Clerk of Court**
                  **BY:**  *K. Mango*
                                        _____
                                        **Deputy Clerk**